IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RASHED AWADH BINRASHED,**

**Plaintiff,**

**v.**

**RANDY KERN, Warden Tri-County Jail, and**
**GLENN TRIVELINE, Director, U.S. Immigration**
**& Customs Enforcement, U.S. Department of**
**Homeland Security,**

**Defendants.**  No. 07-CV-820-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is Petitioner's voluntary motion to dismiss. (Doc. 19.) Being fully advised in the premises, and for the reasons stated in said motion, the Court **GRANTS** Petitioner's motion to dismiss. (Doc. 19.) **IT IS ORDERED** that this matter is hereby voluntarily dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 11th day of April, 2008.

/s/      David R. Herndon
**Chief Judge**
**United States District Judge**